# PD-0136-15

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

RONALD GENE GRIZZLE,               §
pro se                             §
                                   §
        Movant/Petitioner          §
                                   §   CAUSE
vs.                                §   _____
                                   §   [NUMBER TO BE ASSIGNED]
                                   §
STATE OF TEXAS,                    §
                                   §
        Respondent                 §

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME

UNDERSIGNED moves the Court to extend time to file his

TEX. R. APP. P. 68 petition for discretionary review, and states:

1.      No prior extension lies. Deadline is 14 February 2015 and 60-day extension to 15 April 2015 is requested.

2.      The 10th Ct. of Appeals on 15 January 2015 affirmed and entered judgment in Grizzle v. State, 10-14-00204-CR.

3.      Movant/Petitioner has no lawyer, is constrained by incarceration, and needs time to prepare a pro se petition.

WHEREFORE, PREMISES CONSIDERED, Ronald Gene Grizzle moves

the Court to extend his time for filing to 15 April 2015.

Respectfully submitted, _____

Ronald Gene Grizzle
Movant/Petitioner, pro se

Ronald Gene Grizzle
TDCJ-ID 1935380
3872 FM 350 South
Livingston, Texas 77351

FILED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

## VERIFICATION

I, abovesigned R. G. Grizzle, under penalty of perjury aver my foregoing material statements on 2 February 2015 in Polk County.

## CERTIFICATE OF SERVICE

I, abovesigned R. G. Grizzle, on 2 February 2015 mailed duplicate of above document in sealed First Class postage-prepaid envelope to L. C. McMinn, State Prosecuting Attorney, P.O. Box 13046, Austin, TX 78711; and to D. S. Hanna, Johnson Co. Dist. Attorney, 204 S. Buffalo, Suite 209, Cleburne, TX 76033.